```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-04776-HWV
Maribel Mercedes Rodriguez                                          Chapter 13
Octavio Rodriguez
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke            Page 1 of 1           Date Rcvd: Jan 28, 2020
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
      +United Natural Foods Inc,   2501-1 W Grandview Rd,   Phoenix, AZ 85023-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
            as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
            Tony Santo Sangiamo    on behalf of Debtor 2 Octavio  Rodriguez tsanlaw@gmail.com,
            kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
            Tony Santo Sangiamo    on behalf of Debtor 1 Maribel Mercedes Rodriguez tsanlaw@gmail.com,
            kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Maribel Mercedes Rodriguez and, : Chapter 13
      Octavio Rodriguez, :
                   Debtors : Case No. 1:19-bk-04776-HWV
                                :

## ORDER GRANTING MOTION TO ATTACH WAGES

AND NOW, upon consideration of Debtors Motion to Authorize Wage Attachment, any opposition thereto, and there record herein, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania hereby:

IT IS ORDERED that until further Order of this Court, the entity from whom the Debtor receives income:

**United Natural Foods, Inc.**
**2501-1 W. Grandview Rd.**
**Phoenix, AZ 85023**

shall deduct from said debtor's income the sum of **$450.00** each weekly paycheck, beginning February 2020, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deductible sums to:

Charles J. DeHart, III
Chapter 13 Trustee
P.O Box 7005
Lancaster PA 17604

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor .

Dated: January 28, 2020      By the Court,

                                              Henry W. Van Eck, Chief Bankruptcy Judge (LS)