IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Maribel Mercedes Rodriguez and,** | : | Chapter 13 |
| | **Octavio Rodriguez,** | : | |
| | Debtors | : | Case No. 1:19-bk-04776-HWV |

## CERTIFICATE OF SERVICE

I hereby certify that I this date served the within Motion for Wage Attachment Order on the employer in question by depositing a true and correct copy of the same in the United States Mail at York, Pennsylvania, postage prepaid, certified mail, addressed as follows:

**United Natural Foods, Inc.**
**2501-1 W. Grandview Rd.**
**Phoenix, AZ 85023**

Dated: January 30, 2020                                                      Signed:

/s/Tony Sangiamo, Esq.
Tony Sangiamo, Esq.
Attorney for Debtor(s)
1701 West Market Street
P.O. Box 1324
York, PA 17405
Phone: 717 718-1480
Fax: 717 326-1515
SUP CT ID# 44124
tsanlaw@gmail.com