```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 19-04776-HWV
Maribel Mercedes Rodriguez                                          Chapter 13
Octavio Rodriguez
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 2             Date Rcvd: Feb 10, 2020
                              Form ID: ntcnfhrg           Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db/jdb        +Maribel Mercedes Rodriguez,    Octavio Rodriguez,    745 South Queen Street,
                York, PA 17403-3203
5267484       +Allied Interstate Inc,    435 Ford Rd Ste 800,    Minneapolis, MN 55426-1066
5291445       +Bank of America, N.A.,    P.O. Box 2410,    Moorpark, CA 93020-2410
5267486       +Baystate Gas-brockton,    Po Box 67015,    Harrisburg, PA 17106-7015
5267490      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,     P.O Box 742537,    Cincinnati, OH 45274)
5267487       +Citizens Bank,    DDA Recovery RJW245,    P.O. Box 42023,    Providence, RI 02940-2023
5267488       +City of York,    P.O. Box 1506,    York, PA 17405-1506
5267489       +City of York Parking Garage,    c/o CBY,    33 S. Duke Street,    York, PA 17401-1401
5267492       +Compass Bank,    15 Westminister Street,    Providence, RI 02903-2437
5267493       +Credit Bureau York & A,    33 S Duke St,    York, PA 17401-1485
5267499       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
5267501       +Fleet Ntl Bk,    Bank of America,    Po Box 26012,    Greensboro, NC 27420-6012
5267502       +Jeffrey L. Brodbeck,    29 East King Street,    2nd Floor,    York, PA 17401-1417
5267503       +Kenneth Loucks,    c/o Malone and Neubaum,    42 S. Duke St.,    York, PA 17401-1402
5267505       +Mercantile Adjmnt Bur,    6390 Main St S-160,    Williamsville, NY 14221-5859
5267508       +Nora Brodbeck,    29 East King Street,    2nd Floor,    York, PA 17401-1417
5267509       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
5267512       +Palisad Coll,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
5267513       +Richard Mylin, Esquire,    2025 East Market Street,    York, PA 17402-2843
5267514        Riddle Assoc,    11778 S Election D,    Draper, UT 84020
5267515       +Rumford Credit  Services,    160 TAUNTON AVE,    East Providence, RI 02914-4531
5267516       +Rumford Credit Services,    C/O Nicholas Barrett & Associates,     p.o. box 14309,
                East Providence, RI 02914-0309
5267517       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
5267520      #+Stevens Business Servi,    92 Bolt St # 1,    Lowell, MA 01852-5316
5291640       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5267522       +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
5267523       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
5267521       +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
5267527       +Village Finance Co.,    c/o Bruce C. Bankestein, Esquire,    48 South Duke Street,
                York, PA 17401-1402
5267528       +Wayne Colbert,    741 South Queen Street,    York, PA 17403-3203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:08:20
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5267481       +E-mail/Text: amscbankruptcy@adt.com Feb 10 2020 20:05:22      ADT Security Services,
                3190 S. Vaughn Way,    Aurora, CO 80014-3512
5284442       +E-mail/Text: amscbankruptcy@adt.com Feb 10 2020 20:05:22      ADT Security Services Inc.,
                3190 South Vaughn Way,    Aurora, CO 80014-3512
5267482       +E-mail/Text: EBNProcessing@afni.com Feb 10 2020 20:05:05      Afni, Inc.,
                Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
5267483       +E-mail/Text: kristin.villneauve@allianceoneinc.com Feb 10 2020 20:03:36      Alliance One,
                4850 E. Street Road  Ste. 300,    Feasterville Trevose, PA 19053-6643
5280111        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 10 2020 20:07:39
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5267491       +E-mail/PDF: cmabankruptcy@nisource.com Feb 10 2020 20:19:14
                Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
                Springfield, MA 01102-2025
5267495        E-mail/Text: mrdiscen@discover.com Feb 10 2020 20:04:31      Discover Financial,
                P.O. Box 15316,    Wilmington, DE 19850
5267494       +E-mail/Text: mrdiscen@discover.com Feb 10 2020 20:04:31      Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
5267496       +E-mail/Text: BANKRUPT@EASTERNBK.COM Feb 10 2020 20:05:13      Eastern Bank,    221 Essex St,
                Salem, MA 01970-3776
5267497       +E-mail/Text: bknotice@ercbpo.com Feb 10 2020 20:05:03      Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5291075        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2020 20:08:01      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5267504       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2020 20:08:01      Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
5267506       +E-mail/Text: Bankruptcies@nragroup.com Feb 10 2020 20:05:25      National Recovery Agency,
                2491 Paxton Road,    Harrisburg, PA 17111-1036
5267507       +E-mail/Text: bankruptcydepartment@tsico.com Feb 10 2020 20:05:21      Nco Fin /99,
                Po Box 15636,    Wilmington, DE 19850-5636
5267936       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:08:20      Orion,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5267510        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:54      PA Department of Revenue,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    Harrisburg, PA 17128-0946
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5267511        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:54      PA Dept of Revenue,
                Bankruptcy Division,   P.O. Box  280946,   Harrisburg, PA 17128-0946
5272910        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:54
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5267519        E-mail/Text: appebnmailbox@sprint.com Feb 10 2020 20:05:00      Sprint,   6200 Sprint Parkway,
                Overland Park, KS 66251
5267518       +E-mail/Text: DeftBkr@santander.us Feb 10 2020 20:04:50      Sovereign Bk,   15 Westminster St,
                Providence, RI 02903-2437
5267524       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 10 2020 20:03:32
                Verizon,   500 Technonlogy Drive Ste. 30,   Weldon Spring, MO 63304-2225
5267525       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 10 2020 20:03:32
                Verizon Pennsylvania I,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5267498          Equinox Financial Mgmt
5280299*       +Kenneth Loucks,   c/o Malone and Neubaum,   42 S. Duke St.,   York, PA 17401-1402
5267485      ##+Bank America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5267500      ##+First Data,   1307 Walt Whitman Rd,   Melville, NY 11747-3011
5267526       ##Village Finance Co.,   1771 E. Market Street,   York, PA 17402-2871
5267529      ##+Wilshire Credit Corp,   Attention: Bankruptcy Department,   Po Box 8517,
                Portland, OH 97207-8517
                                                                           TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 2 Octavio  Rodriguez tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Maribel Mercedes Rodriguez tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Maribel Mercedes Rodriguez,
fka Maribel Mercedes Almonte,

**Debtor 1**

Octavio Rodriguez,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−04776−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 18, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 25, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 10, 2020 |

ntcnfhrg (03/18)