In re:                                                                                    Case No. 19-04776-HWV
Maribel Mercedes Rodriguez                                                                Chapter 13
Octavio Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2              Date Rcvd: Feb 10, 2020
                            Form ID: pdf002        Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
```
db/jdb         +Maribel Mercedes Rodriguez,   Octavio Rodriguez,   745 South Queen Street,
                York, PA 17403-3203
5267484        +Allied Interstate Inc,   435 Ford Rd Ste 800,   Minneapolis, MN 55426-1066
5291445        +Bank of America, N.A.,   P.O. Box 2410,   Moorpark, CA 93020-2410
5267486        +Baystate Gas-brockton,   Po Box 67015,   Harrisburg, PA 17106-7015
5267490        ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,   P.O Box 742537,   Cincinnati, OH 45274)
5267487        +Citizens Bank,   DDA Recovery RJW245,   P.O. Box 42023,   Providence, RI 02940-2023
5267488        +City of York,   P.O. Box 1506,   York, PA 17405-1506
5267489        +City of York Parking Garage,   c/o CBY,   33 S. Duke Street,   York, PA 17401-1401
5267492        +Compass Bank,   15 Westminister Street,   Providence, RI 02903-2437
5267493        +Credit Bureau York & A,   33 S Duke St,   York, PA 17401-1485
5267499        +Fed Loan Servicing,   Po Box 69184,   Harrisburg, PA 17106-9184
5267501        +Fleet Ntl Bk,   Bank of America,   Po Box 26012,   Greensboro, NC 27420-6012
5267502        +Jeffrey L. Brodbeck,   29 East King Street,   2nd Floor,   York, PA 17401-1417
5267503        +Kenneth Loucks,   c/o Malone and Neubaum,   42 S. Duke St.,   York, PA 17401-1402
5267505        +Mercantile Adjmnt Bur,   6390 Main St S-160,   Williamville, NY 14221-5859
5267508        +Nora Brodbeck,   29 East King Street,   2nd Floor,   York, PA 17401-1417
5267509        +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
5267512        +Palisad Coll,   Attention:  Bankruptcy Department,   Po Box 100018,   Kennesaw, GA 30156-9204
5267513        +Richard Mylin, Esquire,   2025 East Market Street,   York, PA 17402-2843
5267514         Riddle Assoc,   11778 S Election D,   Draper, UT 84020
5267515        +Rumford Credit Services,   160 TAUNTON AVE,   East Providence, RI 02914-4531
5267516        +Rumford Credit Services,   C/O Nicholas Barrett & Associates,   p.o. box 14309,
                East Providence, RI 02914-0309
5267517        +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
5267520        #+Stevens Business Servi,   92 Bolt St # 1,   Lowell, MA 01852-5316
5291640        +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
5267522        +US Department of Education,   PO Box 5609,   Greenville, TX 75403-5609
5267523        +US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
5267521        +United Collect Bur Inc,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
5267527        +Village Finance Co.,   c/o Bruce C. Bankestein, Esquire,   48 South Duke Street,
                York, PA 17401-1402
5267528        +Wayne Colbert,   741 South Queen Street,   York, PA 17403-3203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:07:41
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5267481        +E-mail/Text: amscbankruptcy@adt.com Feb 10 2020 20:05:22   ADT Security Services,
                3190 S. Vaughn Way,   Aurora, CO 80014-3512
5284442        +E-mail/Text: amscbankruptcy@adt.com Feb 10 2020 20:05:22        ADT Security Services Inc.,
                3190 South Vaughn Way,   Aurora, CO 80014-3512
5267482        +E-mail/Text: EBNProcessing@afni.com Feb 10 2020 20:05:05        Afni, Inc.,
                Attn: DP Recovery Support,   Po Box 3427,   Bloomington, IL 61702-3427
5267483        +E-mail/Text: kristin.villneauve@allianceoneinc.com Feb 10 2020 20:03:36     Alliance One,
                4850 E. Street Road Ste. 300,   Feasterville Trevose, PA 19053-6643
5280111         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 10 2020 20:07:56
                Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
5267491        +E-mail/PDF: cmabankruptcy@nisource.com Feb 10 2020 20:19:14
                Columbia Gas (Formerly Baystate Gas),   Po Box 2025,   Attn: Bankruptcy Department,
                Springfield, MA 01102-2025
5267495         E-mail/Text: mrdiscen@discover.com Feb 10 2020 20:04:31   Discover Financial,
                P.O. Box 15316,   Wilmington, DE 19850
5267494        +E-mail/Text: mrdiscen@discover.com Feb 10 2020 20:04:31   Discover Fin,
                Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
5267496        +E-mail/Text: BANKRUP@EASTERNBK.COM Feb 10 2020 20:05:13   Eastern Bank,   221 Essex St,
                Salem, MA 01970-3776
5267497        +E-mail/Text: bknotice@ercbpo.com Feb 10 2020 20:05:04   Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
5291075         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2020 20:08:01        LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5267504        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2020 20:18:40        Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
5267506        +E-mail/Text: Bankruptcies@nragroup.com Feb 10 2020 20:05:25    National Recovery Agency,
                2491 Paxton Road,   Harrisburg, PA 17111-1036
5267507        +E-mail/Text: bankruptcydepartment@tsico.com Feb 10 2020 20:05:21     Nco Fin /99,
                Po Box 15636,   Wilmington, DE 19850-5636
5267936        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:07:42     Orion,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5267510         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:58    PA Department of Revenue,
                BUREAU OF COMPLIANCE,   PO BOX 280946,   Harrisburg, PA 17128-0946
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5267511        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:58        PA Dept of Revenue,
               Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
5272910        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:58
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
5267519        E-mail/Text: appebnmailbox@sprint.com Feb 10 2020 20:05:00        Sprint,   6200 Sprint Parkway,
               Overland Park, KS 66251
5267518        +E-mail/Text: DeftBkr@santander.us Feb 10 2020 20:04:50        Sovereign Bk,   15 Westminster St,
               Providence, RI 02903-2437
5267524        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 10 2020 20:03:33
               Verizon,   500 Technology Drive  Ste. 30,   Weldon Spring, MO 63304-2225
5267525        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 10 2020 20:03:33
               Verizon Pennsylvania I,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5267498        Equinox Financial Mgmt
5280299*       +Kenneth Loucks,   c/o Malone and Neubaum,   42 S. Duke St.,   York, PA 17401-1402
5267485        ##+Bank America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5267500        ##+First Data,   1307 Walt Whitman Rd,   Melville, NY 11747-3011
5267526        ##Village Finance Co.,   1771 E. Market Street,   York, PA 17402-2871
5267529        ##+Wilshire Credit Corp,   Attention:  Bankruptcy Department,   Po Box 8517,
               Portland, OH 97207-8517
                                                                       TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Et Al...  bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 2 Octavio  Rodriguez tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Maribel Mercedes Rodriguez tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                      CHAPTER 13
**Maribel Mercedes Rodriguez**     CASE NO.    **1:19-bk-04776**
**Octavio Rodriguez**

                         ☒ ORIGINAL PLAN
                            AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
                            0   Motions to Avoid Liens
                            3   Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☒ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☒ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1.       **PLAN FUNDING AND LENGTH OF PLAN.**

      A.      **Plan Payments From Future Income**

      1. To date, the Debtor paid $ **3773.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**118,493.28**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 12/19 | 11/20 | 1,140.75 | 783.25 | 1,924.00 | 23,088.00 |
| 12/20 | 11/24 | 1,204.36 | 783.25 | 1,987.61 | 95,405.28 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $118,493.28 |

      2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

      3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☒ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B.** **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**1,893.89**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☒ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

**2.** **SECURED CLAIMS.**

**A.** **Pre-Confirmation Distributions.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

☒ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|---|
| Bank America | Attn: Bankruptcy NC4-105-03-14; Po Box 26012; Greensboro, NC 27410 | | $783.25 |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

**B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☒ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

**C.** **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☒ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Bank America | 745 South Queen Street York, PA 17403 | $20,335.00 | $0.00 | $20,335.00 |

**D .    Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☐ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

☒ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Bank America | 745 South Queen Street York, PA 17403 | $32,511.00 | 0% | $32,511.00 |
| PA Dept of Revenue | 745 South Queen Street York, PA 17403 | $464.17 | 0% | $464.17 |

**E .    Secured claims for which a § 506 valuation is applicable.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

☒ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action or other (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Bank of New York Mellon | 743 South Queen Street (Rental) , York, PA 17403 | $27,371.00 | 4.5% | $30,806.26 | Plan |
| Village Finance Co. | 743 South Queen Street (Rental) , York, PA 17403 | NO VALUE | 0% | $0.00 | Plan |
| Village Finance Co. | 745 South Queen Street York, PA 17403 | NO VALUE | 0% | $0.00 | Plan |

**F .    Surrender of Collateral.** *Check one.*

☒ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**G .**    **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☒ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**    **PRIORITY CLAIMS.**

   **A.**    **Administrative Claims**

      1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

      2. <u>Attorney's fees.</u> Complete only one of the following options:

         a.    In addition to the retainer of $__ already paid by the Debtor, the amount of $__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

         b.    $**250.00** per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

      3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
           *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   **B.**  **Priority Claims (including, certain Domestic Support Obligations**

☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

☒ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| PA Department of Revenue | $2,430.31 |

   **C.**  **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**    **UNSECURED CLAIMS**

   **A.**  **Claims of Unsecured Nonpriority Creditors Specially Classified.**
      *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   **B.**  **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.**    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.**    **VESTING OF PROPERTY OF THE ESTATE.**

   Property of the estate will vest in the Debtor upon

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

*Check the applicable line:*

☒ plan confirmation.
☐ entry of discharge.
☐ closing of case.

**7. DISCHARGE: (Check one)**

☒ The debtor will seek a discharge pursuant to § 1328(a).

☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: __November 11, 2019__          /s/ **Tony Sangiamo, Esquire**
                                      **Tony Sangiamo 44124**
                                      Attorney for Debtor

                                      /s/ **Maribel Mercedes Rodriguez**
                                      **Maribel Mercedes Rodriguez**
                                      Debtor

                                      /s/ **Octavio Rodriguez**
                                      **Octavio Rodriguez**
                                      Joint Debtor

5

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6