UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARIBEL MERCEDES RODRIGUEZ<br>OCTAVIO RODRIGUEZ | CASE NO: 19-bk-04776-HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 39 |

On 3/23/2020, I did cause a copy of the following documents, described below,

First Amended Plan  ECF Docket Reference No. 39

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/23/2020

/s/ Tony Sangiamo
Tony Sangiamo  44124
Law Office of Tony Sangiamo
PO Box 1324
York, PA  17405
717 718 1480

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARIBEL MERCEDES RODRIGUEZ<br>OCTAVIO RODRIGUEZ | CASE NO: 19-bk-04776-HWV<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 39 |

On 3/23/2020, a copy of the following documents, described below,

First Amended Plan  ECF Docket Reference No. 39

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/23/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tony Sangiamo
Law Office of Tony Sangiamo
PO Box 1324
York, PA  17405

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-19-BK-04776-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON MAR 23 14-31-42 EDT 2020 | ADT SECURITY SERVICES<br>3190 S VAUGHN WAY<br>AURORA CO 80014-3512 | ADT SECURITY SERVICES INC<br>3190 SOUTH VAUGHN WAY<br>AURORA CO 80014-3512 |
| AFNI INC<br>ATTN DP RECOVERY SUPPORT<br>PO BOX 3427<br>BLOOMINGTON IL 61702-3427 | ALLIANCE ONE<br>4850 E STREET ROAD STE 300<br>FEASTERVILLE TREVOSE PA 19053-6643 | ALLIED INTERSTATE INC<br>435 FORD RD STE 800<br>MINNEAPOLIS MN 55426-1066 |
| BANK AMERICA<br>ATTN BANKRUPTCY NC41050314<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | BANK OF AMERICA NA<br>PO BOX 2410<br>MOORPARK CA 93020-2410 | BAYSTATE GAS BROCKTON<br>PO BOX 67015<br>HARRISBURG PA 17106-7015 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CITY OF YORK<br>PO BOX 1506<br>YORK PA 17405-1506 |
| CITY OF YORK PARKING GARAGE<br>CO CBY<br>33 S DUKE STREET<br>YORK PA 17401-1401 | COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | COLUMBIA GAS FORMERLY BAYSTATE GAS<br>PO BOX 2025<br>ATTN- BANKRUPTCY DEPARTMENT<br>SPRINGFIELD MA 01102-2025 |
| COMPASS BANK<br>15 WESTMINSTER STREET<br>PROVIDENCE RI 02903-2437 | CREDIT BUREAU YORK A<br>33 S DUKE ST<br>YORK PA 17401-1485 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DISCOVER FIN<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EASTERN BANK<br>221 ESSEX ST<br>SALEM MA 01970-3776 |
| ENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | FED LOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FIRST DATA<br>1307 WALT WHITMAN RD<br>MELVILLE NY 11747-3011 |
| FLEET NTL BK<br>BANK OF AMERICA<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | JEFFREY L BRODBECK<br>29 EAST KING STREET<br>2ND FLOOR<br>YORK PA 17401-1417 | KENNETH LOUCKS<br>CO MALONE AND NEUBAUM<br>42 S DUKE ST<br>YORK PA 17401-1402 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING LLC
PO BOX 740281
HOUSTON TX 77274-0281

MERCANTILE ADJMNT BUR
6390 MAIN ST S160
WILLIAMVILLE NY 14221-5859

NATIONAL RECOVERY AGENCY
2491 PAXTON ROAD
HARRISBURG PA 17111-1036

NCO FIN 99
PO BOX 15636
WILMINGTON DE 19850-5636

NORA BRODBECK
29 EAST KING STREET
2ND FLOOR
YORK PA 17401-1417

OCWEN LOAN SERVICING L
12650 INGENUITY DR
ORLANDO FL 32826-2703

ORION
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280946
HARRISBURG PA 17128-0946

PA DEPT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PALISAD COLL
ATTENTION BANKTRUPTCY DEPARTMENT
PO BOX 100018
KENNESAW GA 30156-9204

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

RICHARD MYLIN ESQUIRE
2025 EAST MARKET STREET
YORK PA 17402-2843

RIDDLE ASSOC
11778 S ELECTION D
DRAPER UT 84020

DEBTOR
MARIBEL MERCEDES RODRIGUEZ
745 SOUTH QUEEN STREET
YORK PA 17403-3203

OCTAVIO RODRIGUEZ
745 SOUTH QUEEN STREET
YORK PA 17403-3203

RUMFORD CREDIT SERVICES
160 TAUNTON AVE
EAST PROVIDENCE RI 02914-4531

RUMFORD CREDIT SERVICES
CO NICHOLAS BARRETT ASSOCIATES
PO BOX 14309
EAST PROVIDENCE RI 02914-0309

TONY SANTO SANGIAMO
1701 WEST MARKET STREET
PO BOX 1324
YORK PA 17405-1324

SEARSCBSD
PO BOX 6189
SIOUX FALLS SD 57117-6189

SOVEREIGN BK
15 WESTMINSTER ST
PROVIDENCE RI 02903-2437

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

STEVENS BUSINESS SERVI
92 BOLT ST  1
LOWELL MA 01852-5316

THE BANK OF NEW YORK MELLON
14841 DALLAS PKWY SUITE 425
DALLAS TX 75254-8067

THE BANK OF NEW YORK MELLON TRUSTEE
SEE 410
CO SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH CO 80129-2386

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| US DEPT OF EDUCATION<br>ATTN BANKRUPTCY<br>PO BOX 16448<br>SAINT PAUL MN 55116-0448 | UNITED COLLECT BUR INC<br>5620 SOUTHWYCK BLVD STE<br>TOLEDO OH 43614-1501 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| VERIZON<br>500 TECHNONLOGY DRIVE STE 30<br>WELDON SPRING MO 63304-2225 | VERIZON PENNSYLVANIA I<br>500 TECHNOLOGY DR<br>WELDON SPRING MO 63304-2225 | VILLAGE FINANCE CO<br>1771 E MARKET STREET<br>YORK PA 17402-2871 |
| VILLAGE FINANCE CO<br>CO BRUCE C BANKESTEIN ESQUIRE<br>48 SOUTH DUKE STREET<br>YORK PA 17401-1402 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WAYNE COLBERT<br>741 SOUTH QUEEN STREET<br>YORK PA 17403-3203 |
| WILSHIRE CREDIT CORP<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 8517<br>PORTLAND OH 97207-8517 | | |