UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARIBEL MERCEDES RODRIGUEZ<br>OCTAVIO RODRIGUEZ | CASE NO: 19-04776<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 47 |

On 6/23/2020, I did cause a copy of the following documents, described below,

2nd Amended Plan ECF Docket Reference No. 47

Notice 2nd Amended Plan 47

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2020

/s/ Tony Sangiamo
Tony Sangiamo  44124
Law Office of Tony Sangiamo
PO Box 1324
York, PA  17405
717 718 1480

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARIBEL MERCEDES RODRIGUEZ<br>OCTAVIO RODRIGUEZ | CASE NO: 19-04776<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 47 |

On 6/23/2020, a copy of the following documents, described below,

2nd Amended Plan ECF Docket Reference No. 47

Notice 2nd Amended Plan 47

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tony Sangiamo
Law Office of Tony Sangiamo
PO Box 1324
York, PA  17405

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-19-BK-04776-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON JUN 22 17-45-41 EDT 2020 | ADT SECURITY SERVICES<br>3190 S VAUGHN WAY<br>AURORA CO 80014-3512 | ADT SECURITY SERVICES INC<br>3190 SOUTH VAUGHN WAY<br>AURORA CO 80014-3512 |
| AFNI INC<br>ATTN DP RECOVERY SUPPORT<br>PO BOX 3427<br>BLOOMINGTON IL 61702-3427 | ALLIANCE ONE<br>4850 E STREET ROAD STE 300<br>FEASTERVILLE TREVOSE PA 19053-6643 | ALLIED INTERSTATE INC<br>435 FORD RD STE 800<br>MINNEAPOLIS MN 55426-1066 |
| BANK AMERICA<br>ATTN BANKRUPTCY NC41050314<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | BANK OF AMERICA NA<br>PO BOX 2410<br>MOORPARK CA 93020-2410 | BAYSTATE GAS BROCKTON<br>PO BOX 67015<br>HARRISBURG PA 17106-7015 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CITY OF YORK<br>PO BOX 1506<br>YORK PA 17405-1506 |
| CITY OF YORK PARKING GARAGE<br>CO CBY<br>33 S DUKE STREET<br>YORK PA 17401-1401 | COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | COLUMBIA GAS FORMERLY BAYSTATE GAS<br>PO BOX 2025<br>ATTN- BANKRUPTCY DEPARTMENT<br>SPRINGFIELD MA 01102-2025 |
| COMPASS BANK<br>15 WESTMINISTER STREET<br>PROVIDENCE RI 02903-2437 | CREDIT BUREAU YORK  A<br>33 S DUKE ST<br>YORK PA 17401-1485 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DISCOVER FIN<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EASTERN BANK<br>221 ESSEX ST<br>SALEM MA 01970-3776 |
| ENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | FED LOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FIRST DATA<br>1307 WALT WHITMAN RD<br>MELVILLE NY 11747-3011 |
| FLEET NTL BK<br>BANK OF AMERICA<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | JEFFREY L BRODBECK<br>29 EAST KING STREET<br>2ND FLOOR<br>YORK PA 17401-1417 | KENNETH LOUCKS<br>CO MALONE AND NEUBAUM<br>42 S DUKE ST<br>YORK PA 17401-1402 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON TX 77274-0281 | MERCANTILE ADJMNT BUR<br>6390 MAIN ST S160<br>WILLIAMVILLE NY 14221-5859 |
| NATIONAL RECOVERY AGENCY<br>2491 PAXTON ROAD<br>HARRISBURG PA 17111-1036 | NCO FIN 99<br>PO BOX 15636<br>WILMINGTON DE 19850-5636 | NORA BRODBECK<br>29 EAST KING STREET<br>2ND FLOOR<br>YORK PA 17401-1417 |
| OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO FL 32826-2703 | ORION<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PA DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PA DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PALISAD COLL<br>ATTENTION BANKTRUPTCY DEPARTMENT<br>PO BOX 100018<br>KENNESAW GA 30156-9204 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | RICHARD MYLIN ESQUIRE<br>2025 EAST MARKET STREET<br>YORK PA 17402-2843 | RIDDLE ASSOC<br>11778 S ELECTION D<br>DRAPER UT 84020 |
| DEBTOR<br>MARIBEL MERCEDES RODRIGUEZ<br>745 SOUTH QUEEN STREET<br>YORK PA 17403-3203 | OCTAVIO RODRIGUEZ<br>745 SOUTH QUEEN STREET<br>YORK PA 17403-3203 | RUMFORD CREDIT SERVICES<br>160 TAUNTON AVE<br>EAST PROVIDENCE RI 02914-4531 |
| RUMFORD CREDIT SERVICES<br>CO NICHOLAS BARRETT ASSOCIATES<br>PO BOX 14309<br>EAST PROVIDENCE RI 02914-0309 | TONY SANTO SANGIAMO<br>1701 WEST MARKET STREET<br>PO BOX 1324<br>YORK PA 17405-1324 | SEARSCBSD<br>PO BOX 6189<br>SIOUX FALLS SD 57117-6189 |
| SOVEREIGN BK<br>15 WESTMINSTER ST<br>PROVIDENCE RI 02903-2437 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | STEVENS BUSINESS SERVI<br>92 BOLT ST 1<br>LOWELL MA 01852-5316 |
| THE BANK OF NEW YORK MELLON<br>14841 DALLAS PKWY SUITE 425<br>DALLAS TX 75254-8067 | THE BANK OF NEW YORK MELLON TRUSTEE<br>SEE 410<br>CO SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH COLORADO 80129-2386 | US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| US DEPT OF EDUCATION<br>ATTN BANKRUPTCY<br>PO BOX 16448<br>SAINT PAUL MN 55116-0448 | UNITED COLLECT BUR INC<br>5620 SOUTHWYCK BLVD STE<br>TOLEDO OH 43614-1501 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| VERIZON<br>500 TECHNONLOGY DRIVE STE 30<br>WELDON SPRING MO 63304-2225 | VERIZON PENNSYLVANIA I<br>500 TECHNOLOGY DR<br>WELDON SPRING MO 63304-2225 | VILLAGE FINANCE CO<br>1771 E MARKET STREET<br>YORK PA 17402-2871 |
| VILLAGE FINANCE CO<br>CO BRUCE C BANKESTEIN ESQUIRE<br>48 SOUTH DUKE STREET<br>YORK PA 17401-1402 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WAYNE COLBERT<br>741 SOUTH QUEEN STREET<br>YORK PA 17403-3203 |
| WILSHIRE CREDIT CORP<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 8517<br>PORTLAND OH 97207-8517 | | |