UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARIBEL MERCEDES RODRIGUEZ : CHAPTER 13
and OCTAVIO RODRIGUEZ :
   Debtor(s) :
    :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
   vs. :
    :
MARIBEL MERCEDES RODRIGUEZ :
and OCTAVIO RODRIGUEZ :
   Respondent(s) : CASE NO. 1-19-bk-04776

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 30th day of June, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Secured claims not in plan. (City of York – Claims 7 and 8)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James K. Jones
Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 30th day of June, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tony Sangiamo, Esquire
1701 West Market Street
P.O. Box 1324
York, PA 17405

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee