# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Maribel Mercedes Rodriguez<br>fka Maribel Mercedes Almonte<br><br>Debtor(s) | Case No.: 19-04776 HWV<br><br>Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 745 South Queen Street, York, PA 17403 and identified by account number *******2243.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com


Dated: October 11, 2022

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Maribel Mercedes Rodriguez<br>fka Maribel Mercedes Almonte<br><br>Debtor(s) | Case No.: 19-04776 HWV<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 11, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown PA  17036
dcook@pamd13trustee.com
Trustee

Tony Santo Sangiamo, Esquire
343 West Market Street
PO Box 1324
York PA  17405
tsanlaw@gmail.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Maribel Mercedes Rodriguez
fka Maribel Mercedes Almonte
745 South Queen Street
York PA  17403
Debtor

Dated:  October 11, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant