United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04776-HWV |
| Maribel Mercedes Rodriguez | Chapter 13 |
| Octavio Rodriguez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

**Recip ID**      **Recipient Name and Address**
Door to Door New York Transportation, 619 W Poplar Street, York, PA 17401

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Marisa Myers Cohen | on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com |
| Tony Santo Sangiamo | on behalf of Debtor 2 Octavio Rodriguez tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| Tony Santo Sangiamo | |

on behalf of Debtor 1 Maribel Mercedes Rodriguez tsanlaw@gmail.com
kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Maribel Mercedes Rodriguez and, : Chapter 13
Octavio Rodriguez, :
                Debtors : Case No. 1:19-bk-04776-HWV
                                                                  :

## ORDER GRANTING MOTION TO AMEND WAGE ATTACHMENT

      AND NOW, upon consideration of Debtors Motion to Amend Wage Attachment, any opposition thereto, and there record herein, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania hereby:

      IT IS ORDERED that until further Order of this Court, the entity from whom the Debtor receives income:

**Door To Door New York Transportation**
**619 W. Poplar Street**
**York PA 17401**

shall deduct from said debtor's income the sum of **$450.00** each weekly paycheck, beginning December 1, 2022, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deductible sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

      IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

      IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

      IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor .

                                                            By the Court,

                                                            */s/ Henry W. Van Eck*

                                                            Henry W. Van Eck, Chief Bankruptcy Judge
                                                           Dated: November 28, 2022