UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                                                                            CASE NO.: 1:19-bk-04776-HWV
                                                                                                                                                      CHAPTER 13

**Maribel Mercedes Rodriguez,**
    **Debtor.**

**Octavio Rodriguez,**
    **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-26 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                     **13010 MORRIS ROAD, SUITE 450**
                        **ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane &
                                              Partners, PLLC
                                              Attorney for Secured Creditor
                                              130 Clinton Rd #202
                                              Fairfield, NJ 07004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: /s/Robert Shearer
                                                Robert Shearer
                                                Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIBEL MERCEDES RODRIGUEZ
745 SOUTH QUEEN STREET
YORK, PA 17403

OCTAVIO RODRIGUEZ
743 S QUEEN ST
YORK, PA 17403

And via electronic mail to:

TONY SANGIAMO
343 W. MARKET ST.
PO BOX 1324
YORK, PA 17405

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

            By: /s/Amber Matas