UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARIBEL MERCEDES
RODRIGUEZ
FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ     CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-19-04776-HWV
        Movant

vs.
MARIBEL MERCEDES
RODRIGUEZ
FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 5, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     November 5, 2024         Respectfully submitted,

        /s/    Douglas R. Roeder, Esquire
        ID: 80016
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARIBEL MERCEDES
RODRIGUEZ
FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ   CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE   CASE NO: 1-19-04776-HWV
    Movant

vs.
MARIBEL MERCEDES
RODRIGUEZ
FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: December 19, 2024
Time: 09:35 AM
    Sylvia H. Rambo United States Courthouse
    Bankruptcy Courtroom 4B, 4th Floor
    1501 North 6th Street
    Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 10448.45**
   **AMOUNT DUE FOR THIS MONTH: $3645.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $14093.45**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any

Case 1:19-bk-04776-HWV    Doc 74    Filed 11/05/24    Entered 11/05/24 13:32:07    Desc
Page 2 of 5

other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated: November 5, 2024  /s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARIBEL MERCEDES
RODRIGUEZ
FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ  CHAPTER 13

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE  CASE NO: 1-19-04776-HWV
      Movant
vs.
MARIBEL MERCEDES
RODRIGUEZ
FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ

      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 5, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TONY SANGIAMO, ESQUIRE
343 WEST MARKET STREET
P.O. BOX 1324
YORK PA 17401-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>SERVED BY FIRST CLASS MAIL</u>

MARIBEL MERCEDES RODRIGUEZ
OCTAVIO RODRIGUEZ
745 SOUTH QUEEN STREET
YORK PA 17403

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 5, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARIBEL MERCEDES RODRIGUEZ
AKA: FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-19-04776-HWV

vs.

MARIBEL MERCEDES RODRIGUEZ
AKA: FKA MARIBEL MERCEDES
ALMONTE
OCTAVIO RODRIGUEZ

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.