Certificate Number: 15317-PAM-DE-039057008

Bankruptcy Case Number: 19-04776


15317-PAM-DE-039057008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2024, at 7:46 o'clock PM PST, Octavio Rodriguez completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 11, 2024         By:   /s/Rose Benito

                                Name: Rose Benito

                                Title: Certified Counselor

Certificate Number: 15317-PAM-DE-039057007

Bankruptcy Case Number: 19-04776


15317-PAM-DE-039057007

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2024, at 7:46 o'clock PM PST, Maribel M Rodriguez completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 11, 2024

By: /s/Rose Benito

Name: Rose Benito

Title: Certified Counselor