United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04776-HWV |
| Maribel Mercedes Rodriguez | Chapter 13 |
| Octavio Rodriguez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 06, 2025      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5291445 | + | Bank of America, N.A., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, brausch@pincuslaw.com |

Karina Velter
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, brausch@pincuslaw.com

Marisa Myers Cohen
    on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com

Robert Shearer
    on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com

Tony Santo Sangiamo
    on behalf of Debtor 1 Maribel Mercedes Rodriguez tsanlaw@gmail.com
    kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com

Tony Santo Sangiamo
    on behalf of Debtor 2 Octavio Rodriguez tsanlaw@gmail.com
    kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-04776-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Maribel Mercedes Rodriguez
745 South Queen Street
York PA 17403

Octavio Rodriguez
745 South Queen Street
York PA 17403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/05/2025.

Name and Address of Alleged Transferor(s):

Claim No. : Bank of America, N.A., P.O. Box 2410, Moorpark, CA 93020

Name and Address of Transferee:

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/08/25

Terrence S. Miller
**CLERK OF THE COURT**