# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Maribel Mercedes Rodriguez
     Octavio Rodriguez

Case No.: 1-19-04776 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Penny Mac |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 2243 |
| Property Address if applicable: | 40 Pine Ridge Ct |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $23,513.51 |
| b. | Prepetition arrearages paid by the trustee: | $23,513.51 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $23,513.51 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from August 2020 through November 2024

| | |
|---|---|
| Current monthly mortgage payment: | $701.18 |
| The next post-petition payment was due on: | December 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating

whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 24, 2025                                   Respectfully submitted,

                                                           /s/ Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           Fax:  (717) 566-8313
                                                           email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Maribel Mercedes Rodriguez
     Octavio Rodriguez

                                       Case No.: 1-19-04776 HWV

                                       Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Tony Sangiamo, Esquire
343 West Market St
PO Box 1324
York  PA 17401

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021
Maribel Mercedes Rodriguez
Octavio Rodriguez
745 South Queen St
York PA 17403

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025                        /s/  Liz Joyce
                                                          Office of the Standing Chapter 13 Trustee
                                                          Jack N. Zaharopoulos
                                                          Suite A, 8125 Adams Dr.
                                                          Hummelstown, PA  17036
                                                          Phone:  (717) 566-6097
                                                          email: info@pamd13trustee.com

Case: 19-04776    MARIBEL MERCEDES RODRIGUEZ

**PENNYMAC LOAN SERVICES, LLC**
PO BOX 660929

DALLAS, TX  75266-0929

Acct No: 2243

Sequence: 07
Modify:
Filed Date:
Hold Code:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $47,154.68 | Interest Paid: | $0.00 | | |
| Amt Due: | $789.48 | Paid: | $47,154.68 | Accrued Int: | $0.00 | | |
| | | | | Balance Due: | $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5010** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/19/2024 | 2042199 | $789.48 | $0.00 | $789.48 | 11/29/2024 |
| | Payment for 11/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/23/2024 | 2041224 | $789.48 | $0.00 | $789.48 | 11/04/2024 |
| | Payment for 10/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2024 | 2040230 | $789.48 | $0.00 | $789.48 | 09/25/2024 |
| | Payment for 9/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2024 | 2039214 | $789.48 | $0.00 | $789.48 | 08/14/2024 |
| | Payment for 7/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2024 | 2039214 | $789.48 | $0.00 | $789.48 | 08/14/2024 |
| | Payment for 8/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/18/2024 | 2037512 | $789.48 | $0.00 | $789.48 | 06/26/2024 |
| | Payment for 6/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/22/2024 | 2036609 | $789.48 | $0.00 | $789.48 | 06/03/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/17/2024 | 2035605 | $789.48 | $0.00 | $789.48 | 04/25/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/14/2024 | 2034642 | $789.48 | $0.00 | $789.48 | 03/21/2024 |
| | Payment for 3/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/14/2024 | 2033682 | $789.48 | $0.00 | $789.48 | 02/22/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/12/2024 | 2032753 | $789.48 | $0.00 | $789.48 | 01/19/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/19/2023 | 2031857 | $789.48 | $0.00 | $789.48 | 12/28/2023 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/15/2023 | 2030900 | $776.57 | $0.00 | $776.57 | 11/24/2023 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029952 | $776.57 | $0.00 | $776.57 | 10/26/2023 |
| | Payment for 10/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028974 | $776.57 | $0.00 | $776.57 | 09/28/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027952 | $776.57 | $0.00 | $776.57 | 08/24/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026968 | $776.57 | $0.00 | $776.57 | 07/24/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026048 | $776.57 | $0.00 | $776.57 | 06/26/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025111 | $776.57 | $0.00 | $776.57 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024100 | $776.57 | $0.00 | $776.57 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023073 | $776.57 | $0.00 | $776.57 | 03/28/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022068 | $776.57 | $0.00 | $776.57 | 02/23/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021067 | $776.57 | $0.00 | $776.57 | 02/01/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020071 | $776.57 | $0.00 | $776.57 | 12/27/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019117 | $803.80 | $0.00 | $803.80 | 12/19/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018081 | $803.80 | $0.00 | $803.80 | 11/03/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017014 | $803.80 | $0.00 | $803.80 | 09/26/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016005 | $803.80 | $0.00 | $803.80 | 08/26/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014933 | $803.80 | $0.00 | $803.80 | 07/26/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013966 | $803.80 | $0.00 | $803.80 | 06/30/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012935 | $803.80 | $0.00 | $803.80 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011854 | $803.80 | $0.00 | $803.80 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010838 | $803.80 | $0.00 | $803.80 | 03/23/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009850 | $803.80 | $0.00 | $803.80 | 03/02/2022 |
| | | | | | | | Payment for 2/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DisbDescrp |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008880 | $803.80 | $0.00 | $803.80 | 01/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007864 | $803.80 | $0.00 | $803.80 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006840 | $791.64 | $0.00 | $791.64 | 12/01/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005811 | $791.64 | $0.00 | $791.64 | 10/25/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004765 | $791.64 | $0.00 | $791.64 | 09/30/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003763 | $791.64 | $0.00 | $791.64 | 08/30/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002692 | $791.64 | $0.00 | $791.64 | 07/29/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001717 | $791.64 | $0.00 | $791.64 | 06/30/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000713 | $791.64 | $0.00 | $791.64 | 06/08/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229331 | $791.64 | $0.00 | $791.64 | 04/27/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228321 | $791.64 | $0.00 | $791.64 | 04/01/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227306 | $791.64 | $0.00 | $791.64 | 03/03/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226288 | $791.64 | $0.00 | $791.64 | 02/04/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224504 | $769.88 | $0.00 | $769.88 | 12/24/2020 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/03/2020 | 1223539 | $769.88 | $0.00 | $769.88 | 11/20/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222731 | $769.88 | $0.00 | $769.88 | 10/26/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221735 | $769.88 | $0.00 | $769.88 | 09/30/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220675 | $698.35 | $0.00 | $698.35 | 08/31/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | | | Payment for 1/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | | | Payment for 2/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $71.53 | $0.00 | $71.53 | 05/19/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $769.88 | $0.00 | $769.88 | 05/19/2020 |
| | | | | | Payment for 3/2020 | | | |

Sub-totals: $47,154.68  $0.00  $47,154.68

Grand Total: $47,154.68  $0.00

**Case:** 19-04776    **MARIBEL MERCEDES RODRIGUEZ**

**PENNYMAC LOAN SERVICES, LLC**
P.O. BOX 660929

DALLAS, TX   75266-0929

Sequence: 24
Modify:
Filed Date: 1/16/2020  12:00:00AM
Hold Code:

Acct No: 2243/PRE ARREARS/745 QUE

| | | | | Debt: | $23,513.51 | Interest Paid: | | $0.00 |
| Amt Sched: | | $52,846.00 | | | | Accrued Int: | | $0.00 |
| Amt Due: | | $0.00 | | Paid: | $23,513.51 | Balance Due: | | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | C | 02/14/2025 | 0 | ($1,605.33) | $0.00 | ($1,605.33) | |
| | | | | | | | Cred Rfd Chk #: 9071178 | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/15/2025 | 2044079 | $26.37 | $0.00 | $26.37 | 01/29/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/17/2024 | 2043135 | $896.11 | $0.00 | $896.11 | 12/31/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/19/2024 | 2042200 | $682.85 | $0.00 | $682.85 | 12/04/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/23/2024 | 2041226 | $682.87 | $0.00 | $682.87 | 11/12/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2024 | 2040232 | $682.86 | $0.00 | $682.86 | 09/27/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2024 | 2039216 | $469.61 | $0.00 | $469.61 | 08/16/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/18/2024 | 2037514 | $682.85 | $0.00 | $682.85 | 06/28/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/22/2024 | 2036611 | $682.87 | $0.00 | $682.87 | 06/05/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/17/2024 | 2035607 | $682.86 | $0.00 | $682.86 | 04/26/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/14/2024 | 2034644 | $682.86 | $0.00 | $682.86 | 03/22/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/14/2024 | 2033684 | $682.86 | $0.00 | $682.86 | 02/26/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/12/2024 | 2032755 | $684.35 | $0.00 | $684.35 | 01/24/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/19/2023 | 2031859 | $532.27 | $0.00 | $532.27 | 01/03/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/15/2023 | 2030902 | $535.75 | $0.00 | $535.75 | 11/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029954 | $528.63 | $0.00 | $528.63 | 10/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $528.63 | $0.00 | $528.63 | 09/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $528.63 | $0.00 | $528.63 | 08/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $528.63 | $0.00 | $528.63 | 07/25/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $499.65 | $0.00 | $499.65 | 06/26/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $499.64 | $0.00 | $499.64 | 05/30/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $499.64 | $0.00 | $499.64 | 04/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023076 | $499.65 | $0.00 | $499.65 | 03/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022071 | $129.37 | $0.00 | $129.37 | 02/23/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $507.52 | $0.00 | $507.52 | 02/01/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020074 | $516.72 | $0.00 | $516.72 | 12/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019120 | $486.14 | $0.00 | $486.14 | 12/19/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018084 | $510.74 | $0.00 | $510.74 | 11/04/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017016 | $532.13 | $0.00 | $532.13 | 09/26/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016008 | $529.30 | $0.00 | $529.30 | 08/29/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014936 | $488.32 | $0.00 | $488.32 | 07/26/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013969 | $479.87 | $0.00 | $479.87 | 06/30/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012938 | $469.30 | $0.00 | $469.30 | 06/01/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011857 | $479.88 | $0.00 | $479.88 | 05/04/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010841 | $490.45 | $0.00 | $490.45 | 03/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $474.54 | $0.00 | $474.54 | 03/02/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008883 | $481.55 | $0.00 | $481.55 | 02/01/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $339.79 | $0.00 | $339.79 | 12/24/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006843 | $334.63 | $0.00 | $334.63 | 12/02/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005814 | $333.71 | $0.00 | $333.71 | 10/26/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004767 | $358.14 | $0.00 | $358.14 | 09/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003765 | $344.78 | $0.00 | $344.78 | 08/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002694 | $358.69 | $0.00 | $358.69 | 07/29/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001720 | $351.57 | $0.00 | $351.57 | 07/01/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000715 | $333.25 | $0.00 | $333.25 | 06/15/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229334 | $427.31 | $0.00 | $427.31 | 04/26/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228323 | $368.77 | $0.00 | $368.77 | 04/09/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227308 | $284.34 | $0.00 | $284.34 | 03/03/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226290 | $428.33 | $0.00 | $428.33 | 02/04/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224506 | $364.64 | $0.00 | $364.64 | 01/13/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/03/2020 | 1223541 | $320.34 | $0.00 | $320.34 | 11/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222733 | $226.28 | $0.00 | $226.28 | 10/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221737 | $648.00 | $0.00 | $648.00 | 09/30/2020 |
| | | | | Sub-totals: | $23,513.51 | $0.00 | $23,513.51 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | **Grand Total:** | **$23,513.51** | **$0.00** | | |