United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Maribel Mercedes Rodriguez  
Octavio Rodriguez  
    Debtors

Case No. 19-04776-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: May 22, 2025      Form ID: 3180W      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maribel Mercedes Rodriguez, Octavio Rodriguez, 745 South Queen Street, York, PA 17403-3203 |
| 5267484 | + | Allied Interstate Inc, 435 Ford Rd Ste 800, Minneapolis, MN 55426-1063 |
| 5291445 | + | Bank of America, N.A., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5267486 | + | Baystate Gas-brockton, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5267490 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O Box 742537, Cincinnati, OH 45274 |
| 5267488 | + | City of York, P.O. Box 1506, York, PA 17405-1506 |
| 5267492 | + | Compass Bank, 15 Westminister Street, Providence, RI 02903-2437 |
| 5267493 | #+ | Credit Bureau York & A, 33 S Duke St, York, PA 17401-1485 |
| 5267497 | + | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5267499 | + | Fed Loan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5267500 | + | First Data, 1307 Walt Whitman Rd, Melville, NY 11747-3011 |
| 5267502 | + | Jeffrey L. Brodbeck, 29 East King Street, 2nd Floor, York, PA 17401-1417 |
| 5267503 | + | Kenneth Loucks, c/o Malone and Neubaum, 42 S. Duke St., York, PA 17401-1402 |
| 5267505 | + | Mercantile Adjmnt Bur, 6390 Main St S-160, Williamsville, NY 14221-5859 |
| 5267508 | + | Nora Brodbeck, 29 East King Street, 2nd Floor, York, PA 17401-1417 |
| 5267509 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 5267512 | + | Palisad Coll, Attention: Banktruptcy Department, Po Box 100018, Kennesaw, GA 30156-9204 |
| 5267513 | + | Richard Mylin, Esquire, 2025 East Market Street, York, PA 17402-2843 |
| 5267514 | | Riddle Assoc, 11778 S Election D, Draper, UT 84020 |
| 5267515 | + | Rumford Credit Services, 160 TAUNTON AVE, East Providence, RI 02914-4531 |
| 5267520 | + | Stevens Business Servi, 92 Bolt St # 1, Lowell, MA 01852-5316 |
| 5267526 | | Village Finance Co., 1771 E. Market Street, York, PA 17402-2871 |
| 5267527 | + | Village Finance Co., c/o Bruce C. Bankestein, Esquire, 48 South Duke Street, York, PA 17401-1402 |
| 5267528 | + | Wayne Colbert, 741 South Queen Street, York, PA 17403-3203 |
| 5267529 | + | Wilshire Credit Corp, Attention: Bankruptcy Department, Po Box 8517, Portland, OH 97207-8517 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 22 2025 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | May 22 2025 18:54:00 | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: RASEBN@raslg.com | May 22 2025 18:54:00 | The Bank of New York Mellon, Robertson, |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 22 2025 18:54:00 | Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001<br>The Bank of New York Mellon, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5267481 | + | Email/Text: amscbankruptcy@adt.com | May 22 2025 18:55:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3541 |
| 5284442 | + | Email/Text: amscbankruptcy@adt.com | May 22 2025 18:55:00 | ADT Security Services Inc., 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 5267482 | + | Email/Text: EBNProcessing@afni.com | May 22 2025 18:54:00 | Afni, Inc., Attn: DP Recovery Support, Po Box 3427, Bloomington, IL 61702-3427 |
| 5267483 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 22 2025 18:54:00 | Alliance One, 4850 E. Street Road Ste. 300, Feasterville Trevose, PA 19053-6643 |
| 5267485 | + | EDI: BANKAMER | May 22 2025 22:43:00 | Bank America, Attn: Bankruptcy NC4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5267487 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2025 18:54:00 | Citizens Bank, DDA Recovery RJW245, P.O. Box 42023, Providence, RI 02940 |
| 5280111 | | EDI: CAPITALONE.COM | May 22 2025 22:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5267489 | + | Email/Text: dataentry@cby.com | May 22 2025 18:54:00 | City of York Parking Garage, c/o CBY, 33 S. Duke Street, York, PA 17401-1401 |
| 5267495 | | EDI: DISCOVER | May 22 2025 22:43:00 | Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 5267494 | + | EDI: DISCOVER | May 22 2025 22:43:00 | Discover Fin, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 5267491 | | Email/Text: EGMABankruptcy@eversource.com | May 22 2025 18:54:00 | Columbia Gas (Formerly Baystate Gas), Po Box 2025, Attn: Bankruptcy Department, Springfield, MA 01102 |
| 5267496 | + | Email/Text: BANKRUPT@EASTERNBK.COM | May 22 2025 18:54:00 | Eastern Bank, 221 Essex St, Salem, MA 01970-3776 |
| 5267501 | + | EDI: BANKAMER | May 22 2025 22:43:00 | Fleet Ntl Bk, Bank of America, Po Box 26012, Greensboro, NC 27420-6012 |
| 5291075 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 19:02:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5267504 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 19:15:31 | Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281 |
| 5267506 | + | Email/Text: Bankruptcies@nragroup.com | May 22 2025 18:55:00 | National Recovery Agency, 2491 Paxton Road, Harrisburg, PA 17111-1036 |
| 5267507 | + | Email/Text: bankruptcydepartment@tsico.com | May 22 2025 18:55:00 | Nco Fin /99, Po Box 15636, Wilmington, DE 19850-5636 |
| 5267936 | ^ | MEBN | May 22 2025 18:50:08 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5267510 | | EDI: PENNDEPTREV | May 22 2025 22:44:00 | PA Department of Revenue, BUREAU OF COMPLIANCE, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5267511 | | EDI: PENNDEPTREV | May 22 2025 22:44:00 | PA Dept of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5272910 | | EDI: PENNDEPTREV | May 22 2025 22:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5686182 | + | Email/PDF: ebnotices@pnmac.com | May 22 2025 19:15:23 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5267517 | + | EDI: CITICORP | May 22 2025 22:44:00 | Sears/cbsd, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 5267518 | + | Email/Text: DeftBkr@santander.us | May 22 2025 18:54:00 | Sovereign Bk, 15 Westminster St, Providence, RI 02903-2437 |
| 5267519 | + | EDI: AISTMBL.COM | May 22 2025 22:43:00 | Sprint, 6200 Sprint Parkway, Overland Park, KS 66251-6105 |
| 5644047 | + | Email/Text: RASEBN@raslg.com | May 22 2025 18:54:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5647393 | + | Email/Text: mtgbk@shellpointmtg.com | May 22 2025 18:54:00 | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, The Bank of New York Mellon FKA The Bank 29603-0826 |
| 5647392 | + | Email/Text: mtgbk@shellpointmtg.com | May 22 2025 18:54:00 | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5291640 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 22 2025 18:54:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greewood Village, CO 80111-4720 |
| 5267522 | + | Email/Text: EDBKNotices@ecmc.org | May 22 2025 18:54:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 5267523 | + | Email/Text: EDBKNotices@ecmc.org | May 22 2025 18:54:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 5267521 | + | Email/Text: BAN5620@UCBINC.COM | May 22 2025 18:54:00 | United Collect Bur Inc, 5620 Southwyck Blvd Ste, Toledo, OH 43614-1501 |
| 5267524 | + | EDI: VERIZONCOMB.COM | May 22 2025 22:44:00 | Verizon, 500 Technonlogy Drive Ste. 30, Weldon Spring, MO 63304-2225 |
| 5267525 | + | EDI: VERIZONCOMB.COM | May 22 2025 22:44:00 | Verizon Pennsylvania I, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| 5267498 | | Equinox Financial Mgmt |
| cr | *+ | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Bank of New York Mellon, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5280299 | *+ | Kenneth Loucks, c/o Malone and Neubaum, 42 S. Duke St., York, PA 17401-1402 |
| 5267516 | ##+ | Rumford Credit Services, C/O Nicholas Barrett & Associates, p.o. box 14309, East Providence, RI 02914-0309 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Karina Velter | on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Marisa Myers Cohen | on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com |
| Robert Shearer | on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com |
| Tony Santo Sangiamo | on behalf of Debtor 2 Octavio Rodriguez tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| Tony Santo Sangiamo | on behalf of Debtor 1 Maribel Mercedes Rodriguez tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Maribel Mercedes Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3283<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Octavio Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5828<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04776-HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maribel Mercedes Rodriguez
fka Maribel Mercedes Almonte

Octavio Rodriguez

5/22/25

**By the court:**   /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W      **Chapter 13 Discharge**      page 2